IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

**CRAFTSMEN LIMOUSINE, INC.** )
      **Plaintiff** )
vs. )     Civil Case No. 98-3454-CV-S-DW
  )
**FORD MOTOR COMPANY** )
  )
      **Defendant** )

__X__   **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

ORDERED: The Court hereby **GRANTS** Ford's motion to strike the affidavit of Craftsmen's expert John Scoggins (Doc. 745);

**GRANTS** Ford's motion to exclude the testimony of Craftsmen's expert John Scoggins (Doc. 748);

**GRANTS** Ford's motion for summary judgment (Doc. 727); and **GRANTS** American Custom Coachworks' motion for summary judgment (Doc. 735).

December 1, 2005                                           Patricia Brune
Date                                                            Clerk

                                                                By:   /s/ Y. Johnson
                                                                         Deputy Clerk