IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CRAFTSMEN LIMOUSINE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 98-3454-CV-S-RGC-ECF |
| v. ) | |
| ) | |
| FORD MOTOR COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

Before the Court is Craftsmen's motion for a new trial (Doc. 763). After careful review of the facts and law, the motion is DENIED.

SO ORDERED.

          /s/ Dean Whipple
Dean Whipple
United States District Judge

Date: January 23, 2006